IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL LEVIEGE, #714330,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:04-CV-2142-L** |
| | § | |
| **JIM HAMLIN,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

This is a civil rights action brought under 14 U.S.C. § 1983 by a *pro se* prisoner against Dallas County District Clerk Jim Hamlin. Purusant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On October 20, 2006, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.[*]

After making an independent review of the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct. They are, therefore, accepted as those of the court.

---

[*]The court notes that Plaintiff filed a Motion for Extension of Time to file his objections, which the court granted, giving him until December 31, 2006. To date, no objections have been filed.

**Order – Page 1**

Accordingly, Defendant's Motion for Summary Judgment is **granted**. This action is hereby **dismissed with prejudice**.

    **It is so ordered** this 23rd day of January, 2007.

                                                      Sam A. Lindsay
                                                      United States District Judge